# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>vs.<br>Tiffany Renee Lapuh<br>Jose Luis Aispuro-Beltran<br>Richard Alan Hodges,<br>    Defendant(s). | NO. CR 07-1922-TUC-FRZ (CRP)<br><br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motions to Suppress Evidence [Doc #45, 48 and 53].

On May 22, 2008 and June 19, 2008, Magistrate Judge Charles R. Pyle conducted hearings and on September 9, 2008 issued his Report and Recommendation [Doc #106]. A copy was sent to all parties. The Plaintiff filed Objections to Magistrate's Report and Recommendation on October 15, 2008 [Doc #117]. On October 17, 2008, Defendant Lapuh filed her Objection to Report and Recommendation by Magistrate [Doc #122]. Defendants Aispuro-Beltran and Hodges did not file objections. Defendant Hodges filed a Response to the Government's Objections (Doc #132). Defendant Aispuro-Beltran filed a Notice of Joinder in Defendant Hodges' Response (Doc #133).

The Court, having made an independent review of the record herein, orders as follows:
/////

IT IS ORDERED that the Objections filed by the Plaintiff are DENIED.

IT IS FURTHER ORDERED that the Objections filed by Defendant Lupah are DENIED.

IT IS FURTHER ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS FURTHER ORDERED that Defendant Hodges' Motion to Suppress [**48**] is **GRANTED.**

IT IS FURTHER ORDERED that Defendant Aispuro-Beltran's Motion to Suppress [**45**] is **GRANTED**.

IT IS FURTHER ORDERED that Defendant Lupah's Motion to Suppress [**53**] is **DENIED.**

DATED this 12th day of November, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge